# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**LISA MURPHY**  **PLAINTIFF**
**ADC #760343**

**v.**   **CASE NO. 1:15CV00027 BSM**

**MAURICE CULCLAGER, et al.**   **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau have been received, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Murphy's complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 5th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE